**M DS**

**MARK DAVID SHIRIAN P.C.**
ATTORNEYS AT LAW

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: MAR 0 2 2021*

MARK DAVID SHIRIAN P.C.

228 EAST 45TH STREET, SUITE 1700-B
NEW YORK, NY 10017
TEL: (212) 931-6530
FAX: (212) 898-0163
WWW.SHIRIANPC.COM

MARK D. SHIRIAN
MSHIRIAN@SHIRIANPC.COM

March 2, 2021

**Via ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United State Courthouse
500 Pearl Street, Room 1310
New York, NY 10007-1312

**SO ORDERED**

The initial conference is adjourned from March 10, 2021 to April 14, 2021 at 9:30 a.m.

*George B. Daniels*
MAR 0 2 2021
HON. GEORGE B. DANIELS

Re: Amy Cohen v. College of Mount Saint Vincent, et al.
Civil Case No. 1:20-cv-09227-GBD

Dear Judge Daniels:

I am a member of Mark David Shirian P.C., attorneys for the Plaintiff, Amy Cohen in the above-referenced action. Michael Collins represents the Defendant College of Mount Saint Vincent. I write with the consent of the Defendant College of Mount Saint Vincent to request an adjournment of the initial pretrial conference, presently scheduled for March 10, 2021 at 9:30 AM (Document No. 5). I make this request because Co-Defendant Katie Gebhard was served on February 25, 2021 and has not yet appeared in this action as of today. As such, an adjournment would allow all of the parties enough time to confer about discovery. As such, I respectfully request an adjournment of the initial conference to April 14, 2021.

This is Plaintiff's first request for an adjournment of the initial pretrial conference. Defendant College of Mount Saint Vincent does not object to Plaintiff's request. Thank You for Your consideration of this request.

Respectfully submitted,

Mark D. Shirian

cc: All Attorneys of Record (via ECF service)