UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

AMY COHEN,

                           Plaintiff,

      -against-

THE COLLEGE OF MOUNT SAINT VINCENT and
KATIE GEBHARD, *individually and in her official capacity*,

                       Defendants.

------------------------------------- x

ORDER

20 Civ. 9227 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The initial conference scheduled for April 14, 2021 is adjourned to May 19, 2021 at 9:30 a.m.

Dated: New York, New York
       April 1, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge