UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

AMY COHEN,

                              Plaintiff,

      -against-

THE COLLEGE OF MOUNT SAINT
VINCENT; KARIE GEBHARD, *individually*,
KATIE GEBHARD, *official capacity*

                            Defendant.

------------------------------------------------------------ x

ORDER

20 Civ. 9227 (GBD)

GEORGE B. DANIELS, District Judge:

      The initial conference scheduled to occur on May 19, 2021 is hereby cancelled. A status conference is set for June 23, 2021 at 9:45 a.m.

Dated: May 17, 2021
       New York, New York

                                                      SO ORDERED.

                                                      GEORGE B. DANIELS
                                                      UNITED STATES DISTRICT JUDGE