# BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | bsk.com

**MICHAEL COLLINS**
mcollins@bsk.com
P: 646.253.2318
F: 646.253.2301

June 17, 2021

**VIA ELECTRONIC CASE FILING**

**JUN 21 2021**  SO ORDERED

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007-1312

The status conference is adjourned from June 23, 2021 to August 11, 2021 at 9:45 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Re: **Amy Cohen v. College of Mount Saint Vincent, et al**
*Case No. 1:20-cv-09227-GBD*

Dear Judge Daniels:

We represent Defendants College of Mount Saint Vincent ("CMSV") and Katie Gebhard ("Ms. Gebhard") in the above-referenced action. We write on behalf of both sides in this matter based on communications from your chambers. A status conference is scheduled for June 23, 2021. The parties have conferred and they do not believe there are any issues requiring your Honor's attention.

Defendants intend to file a letter motion seeking to seal Plaintiff's original complaint. That pleading contains certain mistaken factual allegations concerning Defendant Gebhard that are harmful to her reputation and which could adversely impact her future ability to work in college athletics and coaching. Plaintiff's counsel has no opposition to Defendant making that application.

As there are no outstanding issues between the Parties, please adjourn the June 23, 2021 status conference to a date convenient to the Court.

Thank you for your consideration.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Michael P. Collins*

Michael Collins

MARK DAVID SHIRIAN P.C.

/s/ Mark D. Shirian

Mark D. Shirian