**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

AMY COHEN,

                     Plaintiff,

-against-

THE COLLEGE OF MOUNT SAINT
VINCENT; KARIE GEBHARD, *individually*,
KATIE GEBHARD, *official capacity*

                     Defendants.

------------------------------------- X

ORDER

20 Civ. 9227 (GBD)

GEORGE B. DANIELS, District Judge:

The parties' request to extend the deadline for discovery from September 23, 2021 to November 12, 2021, (ECF No. 36), is GRANTED.

The status conference is adjourned from August 11, 2021 to November 10, 2021 at 9:45 a.m.

Dated: August 10, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE