UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

AMY COHEN,

                Plaintiff,

  -against-

THE COLLEGE OF MOUNT SAINT
VINCENT; KARIE GEBHARD, *individually*,
KATIE GEBHARD, *official capacity*

                Defendants.

---------------------------------------- x



ORDER

20 Civ. 9227 (GBD) (SN)

GEORGE B. DANIELS, District Judge:

    The status conference scheduled for November 10, 2021 at 9:45 a.m. is hereby cancelled in light of this Court's referral to Magistrate Judge Sarah Netburn for General Pretrial and Settlement.

Dated: November 9, 2021
       New York, New York

                              SO ORDERED.

                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE