UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMY COHEN,

                      Plaintiff,                20-CV-09227 (GBD) (SN)

     -against-                                       **ORDER**

THE COLLEGE OF MOUNT SAINT
VINCENT, et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On November 10, 2021, the Honorable George B. Daniels assigned this matter to my docket for settlement. By November 19, 2021, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates.

      Furthermore, the parties' motion for an extension of fact discovery to December 15, 2021, is GRANTED. The parties shall file any summary judgment motion within 30 days after settlement proceedings are concluded. The Defendants shall arrange a mental examination pursuant to Fed. R. Civ. P. 35 and obtain a report within 60 days after the conclusion of settlement proceedings.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     November 15, 2021
                New York, New York