UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

AMY COHEN,

                      Plaintiff,

  -against-

                                                    ORDER

THE COLLEGE OF MOUNT SAINT
VINCENT; KARIE GEBHARD, *individually*,    20 Civ. 9227 (GBD) (SN)
KATIE GEBHARD, *official capacity*

                     Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

       This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: January 18, 2022
       New York, New York

                                                                   SO ORDERED.

                                                                   GEORGE B. DANIELS
                                                                   UNITED STATES DISTRICT JUDGE